987 A.2d 717

Anthony BOYLE and Maureen Boyle, h/w, Respondents.

v.

INDEPENDENT LIFT TRUCK, INC. and
Frank Fatiga, Jr., Petitioners.

Supreme Court of Pennsylvania.

Dec. 31, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 31st day of December, 2009, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased for clarity, is:

Did the Superior Court err in ordering a new trial due to an allegedly improper verdict slip question on comparative negligence, where the jury never reached the issue of comparative negligence?